IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE A. MAXWELL and SANDY D. MAXWELL, individually and as administrators of the ESTATE OF TIFFANI Z. MAXWELL, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> SLIPPERY ROCK AREA SCHOOL DISTRICT, KATHLEEN NOGAY, KRISTIE SHULSKY, JOHN DANIEL SZOLEK and JOAN TIMKO, <br><br> Defendants. | CIVIL ACTION NO. 2:12cv1420 <br><br> U.S. District Judge David S. Cercone |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above captioned action without prejudice.

Respectfully Submitted,

Date: 12/11/12

EVANS, GARVEY, LACKEY & OCHS

By: **s/Barbara Seman Ochs**
Barbara Seman Ochs, Esquire
ochs@eglolaw.com
Pa. ID # 52949

By: **s/Daniel T. Godinich**
Daniel T. Godinich, Esquire
godinich@eglolaw.com
Pa ID # 208809

AND NOW this 14 day of December, 2012,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE